**Opinion filed December 11, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00073-CR
_____

## DEVANTE DEWAYNE MAXWELL, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 142nd District Court**
**Midland County, Texas**
**Trial Court Cause No. CR40292**

### M E M O R A N D U M   O P I N I O N

Devante Dewayne Maxwell, Appellant, has filed a motion for nonsuit and dismissal of his appeal.  In the motion, Appellant "asks this Court to enter a nonsuit and dismiss each of the appeals . . . pending in this Court."  The motion is signed by both Appellant and his counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

December 11, 2014                                                      PER CURIAM

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.